Clavon D. JONES, Plaintiff—Appellant,

v.

Captain THOMAS; Lieutenant Bradley; Warden A. Padula; Robert Wards; Jon Ozmint; Associate Warden Brooks, Defendants—Appellees.

No. 11–6772.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 17, 2011.

Decided: Oct. 19, 2011.

Clavon D. Jones, Appellant Pro Se. Samuel F. Arthur, III, James Rufus Bratton, III, Aiken, Bridges, Nunn, Elliott & Tyler, PA, Florence, South Carolina, for Appellees.

Before DUNCAN, DAVIS, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clavon D. Jones appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jones v. Thomas,* No. 6:10–cv–02486–RMG, 2011 WL 2036475 (D.S.C.

May 23, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*